**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMBRE ADAMS,

        Plaintiff,

v.                                Case No: 6:16-cv-1631-Orl-40DCI

MONTEREY LAKE, LLC and GPR
MCKINLEY MANAGER, LLC,

        Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Opposed Motion for an Award of Costs and Attorney Fees (Doc. 48) filed on July 27, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed November 20, 2017 (Doc. 53), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Opposed Motion for an Award of Costs and Attorney Fees (Doc. 48) is **GRANTED IN PART AND DENIED IN PART**.

3.    The motion is **GRANTED IN PART** to the extent that the Court awards Defendants **$1,172.20** in costs. The motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on December 5, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties